# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:09 CR 16

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| FRED HOWARD BIDDIX, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** coming on before the undersigned, pursuant to a motion filed by defendant entitled "Motion for Rule 11 Proceedings to be conducted *In Camera*; Declaration of Robert Carlin" (#20). It appearing to the court, counsel for defendant has advised he wishes to withdraw the motion. It is therefore ordered that the motion be considered as a withdrawal.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's "Motion for Rule 11 Proceedings to be Conducted *In Camera*" (#20) is hereby considered to be withdrawn and **DENIED.**

Signed: July 29, 2010

Dennis L. Howell
United States Magistrate Judge